**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____    Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Spiech Farms, LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-4525736** |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **61675 M-40 Hwy.**<br>**Paw Paw, MI 49079**<br>Number, Street, City, State & ZIP Code | **PO Box 428**<br>**Lawton, MI 49065**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Van Buren**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL)

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Spiech Farms, LLC**                                              Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor | **Spiech Farms, LLC** | Case number (*if known*) | |
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
 Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

█ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **Spiech Farms, LLC**
Name                                                          Case number (*if known*)

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 17, 2017**
MM / DD / YYYY

X **/s/ Timothy M. Spiech**
Signature of authorized representative of debtor

**Timothy M. Spiech**
Printed name

Title    **Member**

**18. Signature of attorney**

X **/s/ Cody H. Knight**
Signature of attorney for debtor

Date **November 17, 2017**
MM / DD / YYYY

**Cody H. Knight (P64811)**
Printed name

**Rayman & Knight**
Firm name

**141 E. Michigan Avenue**
**Suite 301**
**Kalamazoo, MI 49007**
Number, Street, City, State & ZIP Code

Contact phone                           Email address

**(P64811)**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Spiech Farms, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Produce Pay, Inc. 110 E. 9th Street C1029 Los Angeles, CA 90079 | pablo@producepay .com | Inventory | Disputed | $453,591.50 | $0.00 | $453,591.50 |
| Monte Package Company 3752 Riverside Road PO Box 128 Riverside, MI 49084 | TonyM@montepkg. com | Packaging | Disputed | $226,447.86 | $0.00 | $226,447.86 |
| Ran-Mark Co. Randy Fedo 2978 E. Hazel Road Hart, MI 49420 | ran-mark@casair.n et | Vendor | | | | $202,172.93 |
| Golden Hart Fruit Farms 104 N. Plum Street Hart, MI 49420 | bob45360321@gma il.com | Vendor | | | | $135,991.10 |
| Frank Donio, Inc. PO Box 529 Hammonton, NJ 08037 | DavidArena@donio .com | Vendor | | | | $135,780.47 |
| Weco Woodside Electronics 1311 Blue Grass Place Woodland, CA 95776 | Fax: 866-871-8664 | Equipment | Disputed | $90,000.00 | $0.00 | $90,000.00 |
| Malburg Acres LLC 1107 W. Jackson Road Hart, MI 49420 | malburgfarms@ya hoo.com | Vendor | | | | $70,214.46 |
| Splendid Blue Farms, LLC 138 Bushnell Plaza Suite 303 Bushnell, FL 33513 | e.owen@3dtek.co m | Vendor | | | | $63,725.28 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Spiech Farms, LLC**                                           Case number *(if known)* _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lawrence Freezer Corporation 224 Michigan Road PO Box 277 Lawrence, MI 49064 | tcrapp@lawrencefz.com | Vendor | | | | $56,687.47 |
| Herrygers Farms, LLC 1261 N. 136th Avenue Hart, MI 49420 | herrygerse@msn.com | Vendor | | | | $55,015.14 |
| B&W Orchards 1556 N. 56th Avenue Mears, MI 49436 | bworchards@gmail.com | Vendor | | | | $51,640.85 |
| TTS Logistics Transit Transportation Service 616 Industrial Avenue Mount Pleasant, MI 48858 | bbandlow@ttslogistics.net | Vendor | | | | $48,515.40 |
| Lakeshore Farms 1747 S. 32nd Avenue Shelby, MI 49455 | lakeshorefarms2@gmail.com | Vendor | | | | $44,026.72 |
| Whispering Oak Blueberry Farm 12429 Denton Avenue Hudson, FL 34667 | frank@outdoorlampcompany.com | Vendor | | | | $43,632.10 |
| Martin Miranda 12150 SE 97th Place Dunnellon, FL 39931 | martin.2015miranda@gmail.com | Vendor | | | | $40,956.76 |
| Sloccum Farms PO Box 152 Hart, MI 49420 | slocumfarmsllc@slocumfarmsllc.com | Vendor | | | | $39,362.48 |
| Mayer's Great Lakes Hydrop. 652 South Parhams Road Bronson, MI 49028 | tlasky@greatlakesglads.com | Vendor | | | | $39,283.20 |
| LK Vansickle Farms, LLC Larry Vansickle 2491 E. Polk Hart, MI 49420 | LarryKent61@gmail.com | Vendor | | | | $39,032.10 |
| Green Acres 17500 Eldridge Avenue Spring Hill, FL 34610 | clarasantiques@yahoo.com | Vendor | | | | $38,140.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor **Spiech Farms, LLC**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Shawn Craft PC 1403 S. Burdick Street Kalamazoo, MI 49001** | **shawn@shawncraftcpa.com** | **Vendor** | | | | **$38,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Michigan

In re    **Spiech Farms, LLC**         Case No.

Debtor(s)     Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 17, 2017**          **/s/ Timothy M. Spiech**

                                        **Timothy M. Spiech/Member**
                                        Signer/Title

A&B PACKING EQUIPMENT
PO BOX 187
LAWRENCE MI 49064


A&O FORKLIFE
200 QUICKSILVER LANE
EDMORE MI 48829


ADAMS HARDWARE
115 THIRD STREET
LAWTON MI 49065


ADOLFO SALINAS
71043 24TH AVENUE
SOUTH HAVEN MI 49090


ADVANTAGE LABEL & PACKAGING
5575 EXECUTIVE PARKWAY
GRAND RAPIDS MI 49512


AG DIRECT
PO BOX 30222
OMAHA NE 68103


AG DIRECT
PO BOX 30222
OMAHA NE 68103


AG DIRECT
PO BOX 30222
OMAHA NE 68103


AG DIRECT
PO BOX 30222
OMAHA NE 68103


AG DIRECT
PO BOX 30222
OMAHA NE 68103


AG DIRECT
PO BOX 30222
OMAHA NE 68103

AG DIRECT
PO BOX 30222
OMAHA NE 68103


AGGREGATE RESOURCES
1500 RIVER STREET
KALAMAZOO MI 49048


ALL SEASONS EXPRESS
5398 MARKET STREET
KALAMAZOO MI 49048


ALLEN & JULIA MCNEIL
32323 CR 352
LAWTON MI 49065


AMERICAN EXPRESS
PO BOX 650448
DALLAS TX 75265


ANTIOCO VALDEZ-VALDEZ
72686 36TH AVENUE
COVERT MI 49043


ARMANDO ARELLANO
ARELLANO'S FRESH FRUIT MARKET
36197 M140 HWY.
COVERT MI 49043


ARMTECH INSURANCE SER.
PO BOX 69
WOLFFORTH TX 79382


AT&T MOBILITY
PO BOX 6463
CAROL STREAM IL 60197


AURORA C. BUCIO
03840 CR 215
GRAND JUNCTION MI 49056


B&W ORCHARDS
1556 N. 56TH AVENUE
MEARS MI 49436

BBC TECHNOLOGIES LLC
18801 E. MAIN STREET
SUITE 240
PARKER CO 80134


BENEDICTO ENRIQUEZ
75387 38TH AVENUE
COVERT MI 49043


BENEFICIAL EQUIPMENT
FINANCE CORP.
165 POTTSTOWN PIKE
CHESTER SPRINGS PA 19425


BEST WAY DISPOSAL
7901 DAN SMITH ROAD
WATERVLIET MI 49098


BLOOMINGDALE COMMUNICATIONS
PO BOX 187
BLOOMINGDALE MI 49026


BLUE CROSS BLUE SHIELD OF
MICHIGAN
PO BOX 553174
DETROIT MI 48255


BOB & RUBY LEVINE
1117 56TH STREET
PULLMAN MI 49450


BOVEN TIRES
28838 RED ARROW
PAW PAW MI 49079


BRADLEY  A. SPIECH
53937 CR 657
PAW PAW MI 49079


BRAVO SYSTEMS INC.
300 ED LEBOEUF DRIVE
BATTLE CREEK MI 49037

```
BRONSINK & BOS EQUIPMENT
24561 RED ARROW HIGHWAY
MATTAWAN MI 49071


BRONSON HEALTHCARE GROUP
PO BOX 771904
DETROIT MI 48277


BRUCE BRITTON
34642 88TH AVENUE
LAWTON MI 49065


BURNS TRUCKING
BURNS PRODUCE LLC
3545 BUSH DRIVE SW
GRANDVILLE MI 49418


C&D FUEHRING FARMS
5109 W. TAYLOR ROAD
MEARS MI 49436


C.H. ROBINSON WORLDWIDE INC.
PO BOX 9121
MINNEAPOLIS MN 55480


CASTELLINI COMPANY LLC
PO BOX 632559
CINCINNATI OH 45263


CHEMICAL BANK
150 CENTRAL AVENUE
HOLLAND MI 49423


CHEMICAL BANK
150 CENTRAL AVENUE
HOLLAND MI 49423


CHEMICAL BANK
150 CENTRAL AVENUE
HOLLAND MI 49423


CHEMICAL BANK
150 CENTRAL AVENUE
HOLLAND MI 49423
```

CHEMICAL BANK
150 CENTRAL AVENUE
HOLLAND MI 49423


CHEMICAL BANK
150 CENTRAL AVENUE
HOLLAND MI 49423


CHEMICAL BANK
150 CENTRAL AVENUE
HOLLAND MI 49423


CHEMICAL BANK
150 CENTRAL AVENUE
HOLLAND MI 49423


CHEMICAL BANK
150 CENTRAL AVENUE
HOLLAND MI 49423


CHRIS RAJZER
RAJZER FARMS LLC
76301 M51
DECATUR MI 49045


CHS
4645 E. WASHINGTON STREET
HAMILTON MI 49419


COMCAST
PO BOX 3005
SOUTHEASTERN PA 19398


COMPUTER FORMS
PO BOX 23456
PORTLAND OR 97281


CONSUELO VILLA
70155 16TH AVENUE
SOUTH HAVEN MI 49090


CONSUMER ENERGY
PO BOX 740309
CINCINNATI OH 45274

D&M TRUCK TIRE & TRAILER
REPAIR
8947 ALANADA AVENUE
CALEDONIA MI 49316


DAVE'S CONCRETE PRODUCTS INC.
79811 M40 HWY
LAWTON MI 49065


DESTIN TRANSPORTATION
PO BOX 101
COOPERSVILLE MI 49404


DON & JACQUELYN BOVEN
32445 CR 352
LAWTON MI 49065


DOUGLAS WEST
PO BOX 398
LAWTON MI 49065


ERIC SAUCEDO
71535 36TH AVENUE
COVERT MI 49043


ESPIRIDION RODRIGUEZ
80380 42ND STREET
DECATUR MI 49045


FARM BUREAU INSURANCE
PO BOX 30400
LANSING MI 48909


FARM CREDIT SERVICES OF
AMERICA
PO BOX 2409
OMAHA NE 68103


FELIBERTO SALGADO
17 RIDGE CIRCLE
STREAMWOOD IL 60107


FIDEL SOLIS
60187 40TH STREET
PAW PAW MI 49079

FIELD PLUMBING & HEATING INC.
PO BOX 331
LAWRENCE MI 49064


FRANK DONIO, INC.
PO BOX 529
HAMMONTON NJ 08037


FREIGHTLINER OF KALAMAZOO
53449 N. MAIN STREET
MATTAWAN MI 49071


FRESH TRANSPORT
50 64TH AVENUE SOUTH
SUITE A
COOPERSVILLE MI 49404


FRONTIER
PO BOX 20550
ROCHESTER NY 14602


GARRETT LABORATORIES INC.
PO BOX 645
NILES MI 49120


GEE FORCE TRANS INC.
418 CLINT BROOKE PATH
INMAN SC 29349


GIJSBERT VANDEN BOGERD
8600 S. 6TH STREET
KALAMAZOO MI 49009


GLADSTONE LAND CORPORATION
1521 WESTBRANCH DRIVE
SUITE 100
MC LEAN VA 22102


GLEN BLACKSTON
68345 42ND AVENUE
COVERT MI 49043


GOLDEN HART FRUIT FARMS
104 N. PLUM STREET
HART MI 49420

GREEN ACRES
17500 ELDRIDGE AVENUE
SPRING HILL FL 34610


GREEN VENTURES LLC
3308 W. MONROE ROAD
HART MI 49420


HANSON COLD STORAGE CO.
PO BOX 771877
DETROIT MI 48277


HANSON LOGISTICS
HANSON TRANSPORTATION MANAG.
PO BOX 771878
DETROIT MI 48277


HARLOFF MANUFACTURING CONSULT
8308 GRAPEVINE CIRCLE
MATTAWAN MI 49071


HAVEN HARVESTERS LLC
165 VETERANS BLVD.
SOUTH HAVEN MI 49090


HERIBERTO GONZALEZ
233 HIGH STREET
BANGOR MI 49013


HERMINIO MORA
56560 M43
BANGOR MI 49013


HERRYGERS FARMS, LLC
1261 N. 136TH AVENUE
HART MI 49420


HOLIDAY TRIMS, INC.
PO BOX 218
BELGIUM WI 53004


HONOR CREDIT UNION
PO BOX 106
SAINT JOSEPH MI 49085

HONOR CREDIT UNION
PO BOX 106
SAINT JOSEPH MI 49085

HONOR CREDIT UNION
PO BOX 106
SAINT JOSEPH MI 49085

HYBRID LOGISTICS
PO BOX 3853
PORTLAND OR 97208

I SUPPLY COMPANY
PO BOX 1739
FAIRBORN OH 45324

IBM CORPORATION
PO BOX 643600
PITTSBURGH PA 15264

IF INTERNATIONAL FRUIT CO.
PO BOX 880
DELANO CA 93216

INDIANA MICHIGAN POWER
PO BOX 24407
CANTON OH 44701

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES, STOP 93
3251 NORTH EVERGREEN DRIVE NE
GRAND RAPIDS MI 49525

INTERNAL REVENUE SERVICE
PO BOX 32500
STOP 15
DETROIT MI 48232

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101

ISAUL BARAJAS
35827 72ND STREET
COVERT MI 49043


ITRADENETWORK, INC.
PO BOX 935209
ATLANTA GA 31193


J&L ORCHARD SUPPLY LLC
44 67TH STREET
SOUTH HAVEN MI 49090


JAMES MEDSKER
27454 CR 358
LAWTON MI 49065


JENNIFER ANDERSON
70119 32ND AVENUE
COVERT MI 49043


JERONIMO MENDEZ FARM
07560 CR 681
GRAND JUNCTION MI 49056


JERRY MONTGOMERY
14705 BUCHANAN STREET
WEST OLIVE MI 49460


JERUE TRUCKING
PO BOX 33080
SUITE 202
LAKELAND FL 33807


JESSE GAMINO
72828 24TH AVENUE
SOUTH HAVEN MI 49090


JOHNNY BLACKSTON
272 DAVID STREET
COLOMA MI 49038


JONS TO GO
2675 E. STERNBERG
MUSKEGON MI 49444

```
JOSE SOLIS
27404 72ND AVENUE
APT. #1
LAWTON MI 49065


JRL, INC.
527 BELLEVUE AVENUE
HAMMONTON NJ 08037


JUAN SAUCEDO
49190 36TH AVENUE
BANGOR MI 49013


KAMPS, INC.
2900 PEACH RIDGE NW
GRAND RAPIDS MI 49534


KELCO INDUSTRIES
PO BOX 160
MILBRIDGE ME 04658


KELLOGG HARDWARE
4 WEST MAIN STREET
HARTFORD MI 49057


LAKESHORE FARMS
1747 S. 32ND AVENUE
SHELBY MI 49455


LAWRENCE FREEZER CORPORATION
224 MICHIGAN ROAD
PO BOX 277
LAWRENCE MI 49064


LAWSON OIL COMPANY
PO BOX 267
LAWTON MI 49065


LEAF CAPITAL FUNDING
PO BOX 742647
CINCINNATI OH 45274


LEAF CAPITAL FUNDING
PO BOX 742647
CINCINNATI OH 45274
```

LEAF CAPITAL FUNDING
PO BOX 742647
CINCINNATI OH 45274


LENK TRANSPORTATION INC.
PO BOX 726
BENTON HARBOR MI 49023


LEOPOLDO ALCARAZ
29404 76TH STREET
COVERT MI 49043


LK VANSICKLE FARMS, LLC
LARRY VANSICKLE
2491 E. POLK
HART MI 49420


LOUIS GELDER & SONS CO. INC.
1769 DEWEY AVENUE
BENTON HARBOR MI 49022


LUCCA TRUCKING LLC
2321 INDUSTRIAL WAY
VINELAND NJ 08360


M&J BLUEBERRY FARMS
41522 66TH STREET
BANGOR MI 49013


M&M CARRIER, INC.
RTS FINANCIAL SERVICES
PO BOX 840267
DALLAS TX 75284


M2 LEASE FUNDS LLC
175 N. PATRICK BLVD.
SUITE 140
BROOKFIELD WI 53045


MACALLISTER RENTALS
DEPT. 78731
PO BOX 78000
DETROIT MI 48278

```
MAGGARD & SON HAWKINS
2240 LINDA LANE
BENTON HARBOR MI 49022


MAJOR APPLIANCE, LLC
PO BOX 19302
KALAMAZOO MI 49019


MALBURG ACRES LLC
1107 W. JACKSON ROAD
HART MI 49420


MANUEL GUTIERRES
69698 38TH STREET
COVERT MI 49043


MARIA ELANA BARAJAS
15728 CR 215
GRAND JUNCTION MI 49056


MARKEM-IMAJE CORPORATION
PO BOX 3542
BOSTON MA 02241


MARTIN MIRANDA
12150 SE 97TH PLACE
DUNNELLON FL 39931


MARY ANN MILLER
72401 36TH AVENUE
COVERT MI 49043


MAYER'S GREAT LAKES HYDROP.
652 SOUTH PARHAMS ROAD
BRONSON MI 49028


MEGA TRUCKING
OTR CAPITAL LLC
DEPT. #390
PO BOX 1000
MEMPHIS TN 38148
```

MICHIGAN ASPARAGUS ADVISORY
PO BOX 550
12800 ESCANABA DRIVE #A
DEWITT MI 48820


MICHIGAN ASPARAGUS ADVISORY
BOARD
12800 ESCANABA DRIVE
SUITE A
DEWITT MI 48820


MICHIGAN DEPARTMENT OF TREAS.
PO BOX 30199
LANSING MI 48909


MIKE VILLADSEN
VILLADSEN TREE FARM, INC.
2184 JEFFERSON ROAD
PENTWATER MI 49449


MILICI TRANSPORT
8076 STATE ROUTE 29
MECHANICSBURG OH 43044


MINERVA SALGADO
MICHIGAN PURE BLUEBERRIES
35292 M140 HWY.
COVERT MI 49043


MITE-E EXTERMINATING
2425 S. 11TH STREET
SUITE D
KALAMAZOO MI 49009


MODEL FIRST AID SAFETY
& TRAINING
PO BOX 8027
GRAND RAPIDS MI 49518


MONTE PACKAGE COMPANY
3752 RIVERSIDE ROAD
PO BOX 128
RIVERSIDE MI 49084

MONTEREY MUSHROOMS INC.
NW 6426
PO BOX 1450
MINNEAPOLIS MN 55485


MORGAN WOOD PRODUCTS INC.
PO BOX 177
POWELL OH 43065


MORRISON INDUSTRIAL EQUIPMENT
1825 MONROE
PO BOX 1803
GRAND RAPIDS MI 49501


MSP FARM, LLC
32561 66TH STREET
BANGOR MI 49013


MULTI STATE CARRIER CORP.
ECAPITAL
PO BOX 206773
DALLAS TX 75320


NEXTWAY TRUCKING CO.
7004 W. 82ND STREET
BURBANK IL 60459


NORTHSTAR PRODUCE
4301 HYW. 7 #155
MINNEAPOLIS MN 55416


OFFICE OF THE U.S. TRUSTEE
125 OTTAWA NW, SUITE 200R
GRAND RAPIDS MI 49503


OTONEIL BUCIO
28081 M140 HWY.
COVERT MI 49043


OWEN THOMAS, INC.
37612 DAUGHTERY ROAD
ZEPHYRHILLS FL 33541

```
P1 TRANSPORTATION
8717 W. 110TH STREET
SUITE 420
OVERLAND PARK KS 66210


PABLO GAMINO
33419 CR 673
BANGOR MI 49013


PAKKERS, INC.
9917 S. 12TH STREET
SCHOOLCRAFT MI 49087


PAR LOGISTICS
7377 EXPRESSWAY DRIVE
SUITE D
GRAND RAPIDS MI 49548


PAUL LEVEQUE
69783 CR 652
LAWTON MI 49065


PAUL OOMAN
2480 E. HAMMETT ROAD
HART MI 49420


PAW PAW RENTALS
707 WEST MICHIGAN AVENUE
PAW PAW MI 49079


PEARSON LOGISTICS
1024 KEN-O-SHA IND. DRIVE
GRAND RAPIDS MI 49508


PMD EXPRESS INC.
8035 W. O'CONNOR DRIVE
APT. E6
RIVER GROVE IL 60179


PRO VISION TRANSPORT INC.
6205 BLUE STAR HWY.
SAUGATUCK MI 49453
```

PRODUCE PAY, INC.
110 E. 9TH STREET
C1029
LOS ANGELES CA 90079


QUALITY BLUEBERRIES LLC
15232 MATIS ROAD
HUDSON FL 34669


R.W. LAPINE INC.
PO BOX 2045
KALAMAZOO MI 49003


RALPH MOYLE, INC.
PO BOX 248
MATTAWAN MI 49071


RAN-MARK CO.
RANDY FEDO
2978 E. HAZEL ROAD
HART MI 49420


REFUGIO CHAVEZ
05635 57TH STREET
GRAND JUNCTION MI 49056


REPUBLIC SERVICES OF KALAMAZOO
PO BOX 9001099
LOUISVILLE KY 40290


RIDGE NAPA AUTO PARTS
THE RIDGE COMPANY
PO BOX 2859
SOUTH BEND IN 46680


RM EXPRESS, INC.
PO BOX 7235
ALGONQUIN IL 60102


ROCKFORD PACKAGE SUPPLY
PO BOX 72195
CLEVELAND OH 44192

RON BRITTON
34642 88TH AVENUE
LAWTON MI 49065


RON YOUNG
2212 S. WESTNEDGE
KALAMAZOO MI 49008


RUBEN SALGADO
25843 72ND STREET
SOUTH HAVEN MI 49090


RWI LOGISTICS LLC
PO BOX 638717
CINCINNATI OH 45263


S&W BLUEBERRIES, LLC
53937 CR 657
PAW PAW MI 49079


SAM PATTERSON TRUCK BROKERS
PO BOX 4649
PLANT CITY FL 33563


SANDY WAITE
34010 88TH AVENUE
LAWTON MI 49065


SCENIC VIEW MACHINE SHOP
6309 136TH AVENUE
HOLLAND MI 49424


SCHULTZ FRUITRIDGE FARMS INC.
60139 CR 652
MATTAWAN MI 49071


SHAWN CRAFT PC
1403 S. BURDICK STREET
KALAMAZOO MI 49001


SKY TRANSPORT LLC
1521 FRANKLIN LANE
COLUMBUS OH 43229

SLOCCUM FARMS
PO BOX 152
HART MI 49420


SPLENDID BLUE FARMS, LLC
138 BUSHNELL PLAZA
SUITE 303
BUSHNELL FL 33513


SPRING BROOK SUPPLY
11291 E. LAKEWOOD BLVD.
HOLLAND MI 49424


SPRINT
PO BOX 4191
CAROL STREAM IL 60197


SRS FARMS
STEVEN M. & ROBIN L. SPIECH
24229 80TH AVENUE
LAWTON MI 49065


ST. JULIAN WINERY
PO BOX 127
PAW PAW MI 49079


STATE OF MICHIGAN
DEPARTMENT OF TREASURY
PO BOX 30199
LANSING MI 48910


STEVEN M. & ROBIN L.  SPIECH
24229 80TH AVENUE
LAWTON MI 49065


TALLGRASS FREIGHT
6800 HILLTOP ROAD
SHAWNEE KS 66226


TAPPER PEST MANAGEMENT
42672 CR 374
PAW PAW MI 49079

THERMO KING MICHIGAN INC.
955 76TH STREET SW
BYRON CENTER MI 49315


THOMAS BROS. EQUIPMENT SALES
41764 RED ARROW HIGHWAY
PAW PAW MI 49079


TIMOTHY  SPIECH
28180 WEXFORD DRIVE
LAWTON MI 49065


TIMOTHY SPIECH
28180 WEXFORD DRIVE
LAWTON MI 49065


TOM & KAREN SCHWAB
68155 26TH STREET
LAWTON MI 49065


TOM SMITH TRACTOR PARTS INC.
69760 RED ARROW HIGHWAY
HARTFORD MI 49057


TRANSFRESH
4757 THE GROVE DRIVE
SUITE 260
WINDERMERE FL 34786


TTS LOGISTICS
TRANSIT TRANSPORTATION SERVICE
616 INDUSTRIAL AVENUE
MOUNT PLEASANT MI 48858


UNEMPLOYMENT INSURANCE AGENCY
3024 W. GRAND BLVD.
SUITE 11-500
DETROIT MI 48202


UNITED AGRICULTRUAL OF AMERICA
CR 529A
LAKE PANASOFFKEE FL 33538

```
UNITED STATES ATTORNEYS OFFICE
PO BOX 208
GRAND RAPIDS MI 49501


UNITED STATES ATTORNEYS OFFICE
FOR: FCS
PO BOX 208
GRAND RAPIDS MI 49501


VALERIO CALDERON
223 W. BEERS STREET
DECATUR MI 49045


VERITIV OPERATING COMPANY
PO BOX 644520
PITTSBURGH PA 15264


VERIZON WIRELESS
PO BOX 15062
ALBANY NY 12212


VERY BLUE FARMS LLC
76749 38TH AVENUE
COVERT MI 49043


VIGIL BLUEBERRY FARM
71678 CR 652
LAWTON MI 49065


VINE LINE LOGISTICS INC.
PO BOX 269
BYRON CENTER MI 49315


VINEYARD PRESS INC.
PO BOX 129
PAW PAW MI 49079


WALTER JACKSON
11029 S. ASHLAND
CHICAGO IL 60643


WAYNE T. FELLOWS, INC.
6541 LUCERNE PARK ROAD
WINTER HAVEN FL 33881
```

```
WECO
WOODSIDE ELECTRONICS
1311 BLUE GRASS PLACE
WOODLAND CA 95776


WESTERN EQUIPMENT CO., INC.
2040 TURNER AVENUE NW
GRAND RAPIDS MI 49544


WESTON SEPTIC
9001 WEST G AVENUE
KALAMAZOO MI 49009


WHISPERING OAK BLUEBERRY FARM
12429 DENTON AVENUE
HUDSON FL 34667


WILLIAM P. SCHMIDT
6723 103RD AVENUE
SOUTH HAVEN MI 49090
```