UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In the Matter of:

**SPIECH FARMS, LLC,**

Debtor.

Case No.: 17-05398
Chapter 11 / Filed: 11/22/17
Honorable Scott W. Dales

**Cody H. Knight (P64811)**
Rayman & Knight
Attorney for **Debtor**
141 E. Michigan Ave., Suite 301
Kalamazoo, MI 49007

**Thomas G. King (P34006)**
Kreis, Enderle, Hudgins & Borsos, PC
Attorney for **Farmland Partners Inc.**
PO Box 4010
Kalamazoo, MI 49003-4010

**NOTICE OF PARTY IN INTEREST STATUS, APPEARANCE OF AND REPRESENTATION BY COUNSEL AND DEMAND FOR SERVICE OF PAPERS**

TO:  **Clerk of the Court**
U.S. Bankruptcy Court
One Division Avenue N, Room 200
Grand Rapids, MI 49503

**Office of the U.S. Trustee**
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 202R
Grand Rapids, Michigan 49503

**Cody H. Knight**
Rayman & Knight
141 E. Michigan Ave., Suite 301
Kalamazoo, MI 49007

**Brendan G. Best**
Varnum LLP
160 W. Fort St., 5th Floor
Detroit, MI 48226

**Brion B. Doyle**
Varnum, Riddering, Schmidt & Howlett, LLP
Bridgewater Place
PO Box 352
Grand Rapids, MI 49501

**PLEASE TAKE NOTICE** that the undersigned is counsel to **FARMLAND PARTNERS INC.** a party in interest in the above captioned case and, pursuant to Bankruptcy Rule 2002 and Sections 704(a)(7); 1106(a)(1); 1202(b)(1) and / or 1302 (b)(1) of the Bankruptcy Code, as applicable to this case demands that all notices given or required to be given in this case

and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

PLEASE TAKE FURTHER NOTICE that, pursuant to Sections 704(a)(7);  1106(a)(1); 1202(b)(1) and / or 1302 (b)(1) of the Bankruptcy Code, as applicable in this case; the foregoing demand includes not only notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex, e-mail or otherwise, which affects the Debtor or the property of the Debtor or the estate.

Dated:  December 13, 2017				Respectfully submitted,

**BUSINESS ADDRESS:**				**KREIS, ENDERLE, HUDGINS & BORSOS, P.C.**
PO Box 4010
Kalamazoo, MI  49003-4010
Phone: (269) 324-3000			By:   /s/ *Thomas G. King*
Fax (269) 324-3010				_____
E-Mail: Tking@kehb.com
						Thomas G. King
						Attorney for **Farmland Partners Inc.**